1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  JOE SALAS-SHARP aka                1:04-cv-06476-REC-DLB-P
    JOE MODRELL,
12                                     **ORDER ADOPTING FINDINGS AND**
                    Plaintiff,         **RECOMMENDATIONS** (Doc. 7)
13
    vs.                                **ORDER DISMISSING ACTION AND**
14                                     **DIRECTING CLERK TO ENTER**
    US GOVERNMENT,                     **JUDGMENT FOR DEFENDANT**
15
                    Defendant.
16  _____/

17

18

19       Plaintiff, Joe Salas-Sharp aka Joe Modrell ("plaintiff"), a

20  state prisoner proceeding pro se and in forma pauperis, has filed

21  this civil rights action seeking relief under 42 U.S.C. § 1983.

22  The matter was referred to a United States Magistrate Judge

23  pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

24       On June 15, 2005, the Magistrate Judge filed Findings and

25  Recommendations herein which were served on plaintiff and which

26  contained notice to plaintiff that any objections to the Findings

27  and Recommendations were to be filed within twenty (20) days.  To

28  date, plaintiff has not filed objections to the Magistrate

                                  1

1   Judge's Findings and Recommendations.

2        In accordance with the provisions of 28 U.S.C.

3   § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

4   de novo review of this case.  Having carefully reviewed the

5   entire file, the Court finds the Findings and Recommendations to

6   be supported by the record and by proper analysis.

7        Accordingly, IT IS HEREBY ORDERED that:

8        1.   The Findings and Recommendations, filed June 15, 2005,

9   are ADOPTED IN FULL; and,

10       2.   This action is DISMISSED for plaintiff's failure to

11   obey the court's order of March 29, 2005, and for failure to

12   state a claim upon which relief may be granted.

13       3.   The Clerk of the Court is directed to enter judgment

14   for defendant.

15       IT IS SO ORDERED.

16   **Dated:  September 7, 2005**              **/s/ Robert E. Coyle**
     668554                          UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

2